IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LEWIS MOBLEY
also known as
OG,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-6-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1498] of the Magistrate Judge recommending denying the pro se Motion to Dismiss [Doc. 1470]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The pro se Motion to Dismiss [Doc. 1470] is DENIED.

SO ORDERED, this 18 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge